# United States Court of Appeals
# for the Fifth Circuit

_____

No. 25-40754
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
June 12, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Seth Logan Walker,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:24-CR-24-1

_____

Before Wiener, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

After Defendant-Appellant Seth Logan Walker pleaded guilty to aggravated identity theft, the district court imposed a sentence to run concurrently with a state sentence. The court later resentenced Walker to a consecutive term of imprisonment and entered an amended judgment, which he appealed.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-40754

We agree with the parties that the district court lacked jurisdiction to correct an error in the original sentence by resentencing Walker, because it did so more than fourteen days after the original sentencing. *See* FED. R. CRIM. P. 35(a); FED. R. CRIM. P. 45(b)(2); *United States v. Willis*, 76 F.4th 467, 472 (5th Cir. 2023). The resentencing and the amended judgment are accordingly void, and therefore there was no judgment from which Walker could appeal for us to review. *See Willis*, 76 F.4th at 472; *United States v. Henderson*, 651 F. App'x 261, 262 (5th Cir. 2016). This holding does not impact the original sentence and judgment, which remain in effect. The appeal is DISMISSED.